# United States District Court
# EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

       Plaintiff

       Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,

OFFICERS CHARLES BOSCHERT, KENNETH        Case No._____

WILLIAMS, UNKNOWN AGENTS OF THE

FEDERAL BUREAU OF INVESTIGATION,

MARK KAPPELHOFF, APPLE INC., A-1

PRIVATE INVESTIGATIONS, TIMOTHY

BONINE, D'ANGELO AUTOMOTIVE,

       Defendants

---

## NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW, Plaintiff Gregory McKenna, and notifies the Court of the intent to use:

Quick Call Process Servers

1827 18th Street NW

Washington, DC 20009-5526

To serve:

Defendant MARK KAPPELHOFF in the above-styled cause. The process server listed above

possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The

undersigned affirms the information provided above is true and correct.

7/13/09