# United States District Court
## EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. _____

---

### NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW, Plaintiff Gregory McKenna, and notifies the Court of the intent to use:

Al's Primetime Process Serving

1620 South Bronson Avenue

Los Angeles, California 90019-6088

To serve:

Defendant APPLE INC. in the above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The undersigned affirms the information provided above is true and correct.

7/13/09

*[signature]*