# United States District Court
## EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

  Plaintiff

  Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

  Defendants

Case No. _____

---

## NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW, Plaintiff Gregory McKenna, and notifies the Court of the intent to use:

St. Louis County Sheriff's Office

7900 Carondelet Avenue, #551

St. Louis, Missouri 63105-1720

To serve:

Defendants CHARLES BOSCHERT, KENNETH WILLIAMS, TIMOTHY BONINE, A1 PRIVATE INVESTIGATIONS, and D'ANGELO AUTOMOTIVE in the above-styled cause.

The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The undersigned affirms the information provided above is true and correct.

7/13/09                        *[signature]*

Dockets.Justia.com