*United States District Court*
*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

*James G. Woodward*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Phone: 314-244-7900*
*Clerk of Court*

July 16, 2009

Mr. Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

　　　　Re: McKenna v. St. Louis County Police Department, et al.
　　　　　　Cause No. 4:09-CV-1113 CDP

Dear Mr. McKenna:

　　Our office received your $350.00 filing fee on July 15, 2009, for the above-referenced case. Please find enclosed copies of the complaint and process of service documents so that you may effect service. Service must be made within 120 days of the filing of the complaint (in the instant case, within 120 days of the payment of the filing fee). See Fed. R. Civ. P. 4(m).

　　Please call me at 314-244-7906 if you have any questions.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　　　　　　　Pro Se Legal Assistant


cc: file
Enclosure(s)