```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
```

GREGORY McKENNA,                    )
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )    Case No. 4:09cv1113 CDP
                                    )
THE ST. LOUIS POLICE DEPARTMENT, *et al.*, )
                                    )
         Defendants.                )

## APPLE INC.'S DISCLOSURE OF CORPORATION INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-2.09, Defendant Apple Inc. files the following Disclosure of Corporation Interests:

Apple Inc. has no parent corporation or subsidiaries that are not wholly owned. No publicly held corporation holds more than 10% of Apple Inc.'s outstanding common stock.

        Respectfully submitted,

        **THOMPSON COBURN LLP**

        /s/ Kathy A. Wisniewski
        Kathy A. Wisniewski
        kwisniewski@thompsoncoburn.com
        John W. Rogers
        jrogers@thompsoncoburn.com
        One US Bank Plaza
        St. Louis, MO 63101
        (314) 552-6000
        (314) 552-7000 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of October, 2009, a true and accurate copy of Apple Inc.'s Disclosure of Corporation Interests was forwarded, via first-class mail, postage prepaid, to:

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

                                             /s/ Kathy A. Wisniewski