UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY MCKENNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 4:09CV1113 CDP |
| | ) |
| THE ST. LOUIS COUNTY POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Robert C. Moore, Assistant County Counselor, and enters his appearance on behalf of Defendants The St. Louis County Police Department, Charles Boschert and Kenneth Williams.

                    PATRICIA REDINGTON
                    COUNTY COUNSELOR

By: /s/ Robert C. Moore
     Robert C. Moore    #93626
     Assistant County Counselor
     41 S. Central Avenue, 9th Floor
     Clayton, Missouri 63105
     (314) 615-7042
     Attorney for Defendants

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Robert C. Moore, hereby certify that on October 22, 2009 the foregoing was filed electronically with the Clerk of Court.

By: /s/ Robert C. Moore
   Robert C. Moore   #93626 (E.D. Mo.)
   Assistant County Counselor
   41 S. Central Avenue, 9th Floor
   Clayton, Missouri 63105
   (314) 615-7042
   Attorney for Defendants