UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY MCKENNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 4:09CV1113 CDP |
| ) | |
| THE ST. LOUIS COUNTY POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR CONTINUANCE

COME NOW Defendants The St. Louis County Police Department, Charles Boschert and Kenneth Williams, by and through Assistant County Counselor Robert C. Moore, and request an additional five (5) days in which to file a response to Plaintiff's complaint. In support of this motion, the Defendants state the following:

1. The undersigned counsel received this file on October 14, 2009 from the St. Louis County Police Department.

2. The file did not contain a date of service.

3. The Court's CM/ECF system shows that Defendants the St. Louis County Police Department, Charles Boschert and Kenneth Williams were served on or about September 15, 2009.

4. The Defendants' response was due on or about September 5, 2009.

5. Because the time under Fed.R.Civ.P. 12(a)(1)(A) for responding to the complaint has passed, the undersigned requests five (5) days, up to and including October 30, 2009, in which to file a response to the complaint.

Dockets.Justia.com

6. This request for additional time is made in good faith and is not made because of undue delay or dilatory conduct.

7. If granted, the Plaintiff will not be prejudiced by this request because of the short period of time requested.

8. Because of the undersigned counsel's recent receipt of this file, good cause exists for granting the requested continuance.

WHEREFORE, Defendants pray that this Court grant them an additional five (5) days, up to and including October 30, 2009, in which to file a response to the Plaintiff's complaint.

Respectfully submitted,

PATRICIA REDINGTON
COUNTY COUNSELOR

By: /s/ Robert C. Moore
    Robert C. Moore    #93626 (E.D. Mo.)
    Assistant County Counselor
    41 S. Central Avenue, 9th Floor
    Clayton, Missouri 63105
    (314) 615-7042
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Robert C. Moore, hereby certify that on October 22, 2009 the foregoing was filed electronically with the Clerk of Court.

/s/ Robert C. Moore
Robert C. Moore     #93626
Assistant County Counselor
41 S. Central Avenue, 9th Floor
Clayton, Missouri 63105
(314) 615-7042
Attorney for Defendants