**RECEIVED BY MAIL**

OCT 2 6 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**United States District Court**
**EASTERN DISTRICT OF MISSOURI**

GREGORY MCKENNA,

Plaintiff

Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT, OFFICERS CHARLES BOSCHERT, KENNETH WILLIAMS, 8 UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, MARK KAPPELHOFF, APPLE INC., A-1 PRIVATE INVESTIGATIONS, TIMOTHY BONINE, D'ANGELO AUTOMOTIVE,

Defendants

Case No. 4:09cv1113CDP

**JURY DEMANDED**

## RESQUEST FOR ALIAS SUMMONS

I, pro se Plaintiff Gregory McKenna, hereby request the Clerk of the Court to issue an Alias Summons to be served on the Defendant, Timothy Bonine, at the following address; 135 Condor Court, St. Charles, Missouri 63303.

Dated on October 21, 2009.

_[signature]_

Gregory McKenna

Pro Se Plaintiff

9937 Young Drive, H

Beverly Hills, CA 90212

Civil Action No. 4:09CV1113CDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* 09/10/2009 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* M. WILSON,-AGENT- CT CORP. SYSTEM , who is designated by law to accept service of process on behalf of *(name of organization)* APPLE INC. et al
on *(date)* 09/14/2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ _____ for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: 09/14/2009

*Server's Signature*

ALONZO EDWARDS,PROCESS SERVER
*Printed name and title*

1620 SOUTH BRONSON AVE.
LOS ANGELES, CA. 90019
323-734-4852
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MISSOURI

Gregory McKenna
Plaintiff
V.

Apple Inc., et. al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 4:09CV1113CDP

TO: (Name and address of defendant)

CT Corporation
818 West 7th Street, Suite 200
Los Angeles, CA 90017-3425

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory McKenna
9937 Youngs Drive, H
Beverly Hills, CA 90212

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

James G. Woodward     7-16-09
CLERK                 DATE

Karen Moore
(BY) DEPUTY CLERK

Gregory McKenna
9937 Young Dr., H
Beverly Hills, CA 90212

LOS ANGELES CA 900
21 OCT 2009 PM 9 L

US District Court
Clerk's Office
111 South 10th Street
St. Louis, MO 63102

RECEIVED BY MAIL
OCT 26 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

63102+1125