# United States District Court
## EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case Number: 4:09cv1113CDP

---

### NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW, pro se Plaintiff Gregory McKenna, and notifies the Court of the intent to use:

St. Charles County Sheriff's Department

101 Sheriff Dierker Court

O'Fallon, Missouri 63366

(636) 949-0809

To serve:

Defendant TIMOTHY BONINE in the above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure. The undersigned affirms the information provided above is true and correct.