# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

| | |
|---|---|
| James G. Woodward<br>  Clerk of Court | 314-244-7900 |

October 26, 2009

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

RE:         Gregory McKenna v. St. Louis County Police Department et al
Case #     4:09-cv-01113-CDP

Dear Mr. McKenna:

Enclosed please find a blank summons to be completed and returned to the Clerk's Office re: Defendant Timothy Bonine.

Sincerely,
JAMES G. WOODWARD, CLERK


By:     /s/rdouglas
          Deputy Clerk

Enclosure