RECEIVED BY MAIL
OCT 29 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court
EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, 8 UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. 4:09cv1113CDP

JURY DEMANDED

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S

## MOTION FOR EXTENSION OF TIME

COMES NOW, pro se Plaintiff Gregory McKenna, and for his motion for extension of time states the following:

1) Plaintiff Gregory McKenna received Defendant Apple Inc.'s motion to dismiss on October 9, 2009.

2) On October 23, 2009, Plaintiff discovered that Defendant D'Angelo Automotive filed a motion to dismiss on October 12, 2009. Plaintiff never received a copy of Defendant D'Angelo's motion in the mail despite D'Angelo's alleged certificate of service. Plaintiff proceeded to request a copy of Defendant D'Angelo's motion to dismiss in the mail from the court clerk and is currently waiting for it to arrive in the mail.

3) On or around October 20, 2009, Judge Catherine Perry ordered Plaintiff to respond to Defendants Apple and D'Angelo no later than Wednesday, November 3, 2009.

4) In lieu of the delay, Plaintiff requests an extension of time to incorporate Defendants Apple and D'Angelo's in his motions to respond. Plaintiff requests an extension for 5 business days.

WHEREFORE, Plaintiff moves this Honorable Court for an extension of time for 5 business days to allow Plaintiff to incorporate Defendants Apple and D'Angelo into his motions to respond.

October 26, 2009

Respectfully Submitted,

Gregory McKenna

Pro Se Plaintiff

9937 Young Drive, H

Beverly Hills, CA 90212

(310) 213-8851

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26 day of October, 2009, a true and accurate copy of Plaintiff's Emergency Motion for Preliminary Injunction will be forwarded to the Defendants, via first-class mail, postage prepaid, to:

1) Defendants the St. Louis County Police Department, Officers Charles Boschert, & Kenneth Williams, 7900 Forsyth Boulevard, Clayton, Missouri 63105;

2) Defendant the FBI, US Attorney's Office, 111 South 10th Street, #20.333, St. Louis, MO 63102;

2

3) Defendant Apple Inc. represented by Thompson Coburn LLP, Kathy A. Wisniewski & John W. Rogers, One Bank Plaza, St. Louis, MO 63101;

4) Defendant D'Angelo Automotive, 1104 North Jefferson, Florissant, MO 63031.

(NOTE: Defendants Mark Kappelhoff and A-1 Private Investigations have defaulted. Plaintiff's Motion for Default Judgment will be filed against the Defendants on October 27, 2009. An issuance of an alias summons is pending for Defendant Bonine. A copy of this motion will be sent to Defendant Bonine when an alias summons is issued.)

Gregory Skenz
9437 Yours Dr., H
Beverly Hills, CA 90212

LOS ANGELES CA 900
26 OCT 2009 PM 1 L

RECEIVED BY MAIL
OCT 29 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

Federal District Court
Attn: Clerk's Office
111 S. Tenth Street
St. Louis, MO 63102

63102+1125