UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY MCKENNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1113 CDP |
| ) | |
| ST. LOUIS COUNTY ) | |
| POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [#23] to respond to defendants Apple Inc.'s and D'Angelo Automotive's motions to dismiss is granted, and his response to these motions is now due on **November 13, 2009**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2009.