UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREGORY MCKENNA<br><br>Plaintiff,<br><br>vs.<br><br>THE ST. LOUIS COUNTY POLICE DEPARTMENT, ET AL.<br><br>Defendants. | Cause No.     4:09-cv-01113-CDP |

### MEMORANDUM TO COURT

COMES NOW Defendant D'Angelo Automotive and for its Memorandum to the Court states as follows:

1. Defendant D'Angelo Automotive filed its Motion to Dismiss on or about October 12, 2009.

2. Counsel for D'Angelo sent a copy of its Motion to Dismiss by certified mail to the Plaintiff at his home address provided to the Court.

3. Defendant's Motion to Dismiss was recently returned as undeliverable. See Exhibit A, a copy of the addressed envelope and certified mail certificate.

CHILDRESS AHLHEIM CARY LLC

BY:  /s/ THOMAS J. LEWIS
THOMAS J. LEWIS – # 529681
1010 Market St., Suite 500
St. Louis, MO 63101
(314) 621-9800
(314) 621-9802 (fax)
tlewis@jchildresslaw.com
Attorney for Defendant D'Angelo Automotive

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy was filed electronically with the Clerk of the Court using the ECF system which constitutes service on the 30th day of October, 2009 and mailed a copy:

Mr. Gregory McKenna
9937 Young Drive
Apartment H
Beverly Hills, CA 90212

                                                                         /s/ THOMAS J. LEWIS