**Childress Ahlheim Cary** LLC
1010 Market Street, Suite 500 ■ St. Louis, MO 63101
Attorneys at Law

CERTIFIED MAIL

7008 3230 0001 3175 1216

Mr. Gregory McKenna
9937 Young Drive, H
Beverly Hills

NIXIE    900   SE   1    02   10/18/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 63101202525    *2262-01890-19-31

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Gregory McKenna
9937 Young Dr. Apt. H
Beverly Hills, CA 90212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7008 3230 0001 3175 1216

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540