
**Exhibit 1**

# United States District Court
## EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. 4:09cv1113CDP

---

    I, Gregory McKenna, the undersigned complainant state the following is true and correct to the best of my knowledge and belief. On or about August 15, 2000 and continuing to the present day, in the Eastern District of Missouri and elsewhere, the Defendants did, (Track Statutory Language of Offense) conspire to aid, abet, and neglect the stalking, extortion, and torture of Plaintiff, Gregory McKenna, by members of the Italian Mafia and deprive him of his Constitutional rights and liberties in violation of Title 42 United States Code 1983, 1985, 1986, 1988, and others. I further state that this complaint is based on the following facts:

(See Attached Complaint).

*[Signature]*

# United States District Court
# EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,
    Plaintiff
    Vs.
THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, 8 UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,
    Defendants

**JURY DEMANDED**

## COMPLAINT FOR COMPENSATORY, STATUTORY, AND PUNITIVE DAMAGES, CIVIL PENALTIES, RESTITUTION, INJUNCTION, AND OTHER COURT ORDERS

COMES NOW, Plaintiff Gregory McKenna, who makes the following Complaint and for its cause of action states:

(1) Pro se Plaintiff Gregory McKenna brings this action pursuant to the United State's statutory, common law, and equitable authority for the purpose of obtaining recovery for damages, restitution, civil penalties, punitive damages, injunction and other equitable relief against Defendants, the ST. LOUIS COUNTY POLICE DEPARTMENT (STLPD), officers CHARLES BOSCHERT (BOSCHERT), KENNETH WILLIAMS (WILLIAMS), UNKNOWN

(For remainder of Exhibit 1 of Plaintiff's Complaint, please see official copy of Plaintiff's Complaint already on file.)