UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

Gregory McKenna )
 )
 )
 )
**Plaintiff** ) Case No.: 4:09cv1113CDP
 )
v. )
 )
The St. Louis County Police Department, et al. )
 )
 )
**Defendant** )

**Plaintiff's Exhibit 2**

## AFFIDAVIT OF DUE DILIGENCE

I, David S. Felter, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That my place of business is 1827 18th Street, NW, Washington, DC 20009.

That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempts, we have been unable to serve the defendant, Mark Kappelhoff at 950 Pennsylvania Avenue, NW, Washington, DC 20530 with the above named process.

That on September 14, 2009 at 1:30 pm, my agent, Alex Hernandez, attempted to serve Matt Kappelhoff at 950 Pennsylvania Avenue, NW, Washington, DC 20530. On this occasion, Mr. Hernandez stated that he was informed that Mr. Kappelhoff was not in.

That on September 15, 2009 at 1:15 pm, my agent, Alex Hernandez, attempted to serve Matt Kappelhoff at 950 Pennsylvania Avenue, NW, Washington, DC 20530. On this occasion, Mr. Hernandez stated that he was informed that Mr. Kappelhoff was not in.

That on September 16, 2009 at 12:35 pm, my agent, Alex Hernandez, attempted to serve Matt Kappelhoff at 950 Pennsylvania Avenue, NW, Washington, DC 20530. On this occasion, Mr. Hernandez stated that he was informed that Mr. Kappelhoff was not in.

That on September 21, 2009 at 12:00 pm, I spoke to Mr. Kappelhoff over the phone. On this occasion, Mr. Kappelhoff stated that he would return my call regarding arrangements to accept service. To date, I have not received a return call from Mark Kappelhoff.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

David S. Felter
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 15th day of October, 2009.

Notary Public     My Commission Expires: 01-31-14

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

INVOICE: 09-026221
10/14/2009

Gregory McKenna, Pro Se
9937 Young Drive, Apartment H
Beverly Hills, CA 90212

**Job ID:** 09-026221  **Reference:** N/A  **Completed** 10/14/2009
**Case No.:** 4:09cv1113CDP
**Plaintiff:** Gregory McKenna
**Defendant:** The St. Louis County Police Department, et al.
**Serve To:** Mark Kappelhoff
**Location:** 950 Pennsylvania Avenue, NW, Washington, DC 20530

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Multiple Attempts / Narrative Affidavit | 1 | $60.00 | $60.00 |
| | | **Total Fees** | $60.00 |
| | | **Payment -** | $60.00 |
| | | **Balance Due** | $0.00 |

| Check # | Date | Applied |
|---|---|---|
| 707 | 09-10-09 | $60.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MISSOURI

Gregory McKenna
Plaintiff

v.

Mark Kappelhoff, et. al
Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 4:09cv1113CDP

TO: (Name and address of defendant)

Mark Kappelhoff
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

James G. Woodward     7-16-09
CLERK                 DATE

Karen Moore
(BY) DEPUTY CLERK