309 -

36ᵘ
10-11

AO 440 (Rev. 10/93) Summons in a Civil Action

**Plaintiff's Exhibit 3**

# United States District Court

EASTERN DISTRICT OF MISSOURI

Gregory McKenna
Plaintiff
v.

A-1 Private Investigations, et. al

Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 4:09cv1113 CDP

J

FOERR  35

TO: (Name and address of defendant)

A-1 Private Investigations
8008 Carondelet Avenue, Suite 107
St. Louis, MO 63105

23
COYLL

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory McKenna
9937 Young Drive, 4
Beverly Hills, CA 90212

Received 2009 SEP 11 PM St. Louis County Sheriff's Office

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

James G. Woodward       7-16-09
CLERK                    DATE

Karen Moore
(BY) DEPUTY CLERK

9/14

09-smcc-13402

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me† | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: misc. – never employed at address

☐ Returned unexecuted:

9-15-09
NOT F[...], by making due and diligent search for the within named defendant and not finding the person in this county.

Jim Buckles    By: Lisa Coyle
Sheriff, St. Louis County    Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                            Signature of Server

                                _____
                                Address of Server

† As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.