**Plaintiff's Exhibit 5**

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212
(310) 213-8851

A-1 Private Investigations
8008 Carondelet Avenue, Suite 107
St. Louis, Missouri 63105

October 8, 2009

Re: Notice of intent for entry of default judgment in Federal civil lawsuit.

Dear Sir or Maddam:

The purpose of this letter is to notify you of an entry of default that may be filed against you in the Federal District Court in the Eastern District of Missouri. If you recall, on or around September 15, 2009, a Complaint and Summons were served to you by the St. Louis County Sheriff's Department. Although you were given 20 days to Answer the Complaint, you refused to accept service of Summons. Consequently, an entry of default judgment may be filed against you.

If you have any questions or comments, please don't hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

Gregory McKenna

cc: GM