Los Angeles PMDC 908
TUE 27 OCT 2009 PM

Federal District Court
Attn: Clerk's Office
111 S. 10th Street
St. Louis, MO 63102

RECEIVED BY MAIL
OCT 30 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

[return address, partially redacted:]
Young Dr., H
ly Hills, CA 90212