*Plaintiff's Exhibit # 3*

Exhibit 3

# GREAT SOUTHERN SECURITY

## OPERATING INSTRUCTIONS FOR CSD-21

PRIOR TO INITIAL USE, charge internal battery as per (BATTERY CHARGING INFORMATION) on last page.

### NEVER CHARGE BATTERY FOR LONGER THAN 10 MINUTES

When the unit is not in use, the SENSITIVITY control is to be left in the OFF (fully counter-clockwise) position, the A/B switch and the +/- switch in the B+ position, and the rear toggle switch in the UP position. The internal battery will discharge in a matter of hours if this rule is not strictly adhered to. The CSD-21 is permanently sealed and servicing can be performed only by Great Southern Technology. Any tampering with said seals will void our warranty and we will absolutely refuse to service any unit returned with the seals not intact.

Great Southern Technology retains the exclusive rights to the manufacture and marketing of the CSD-21. These proprietary rights are specifically protected under U.S. Patent and Copyright law. Infringement will result in civil liability and criminal penalties. The FBI now investigates cases involving copyright infringement and criminal penalties have recently been severely increased.

The CSD-21 will quickly locate all types of transmitters including room "bugs", body wires, bumper-beepers, video transmitters, micro-wave transmitters, telephone recording devices, "series" telephone taps, "parallel" telephone taps, "infinity" telephone devices and computer and fax information transmitters.

### IMPORTANT!

The CSD-21 is EXTREMELY SENSITIVE and the following instructions MUST be followed in step by step fashion to assure proper operation. During all tests, do not randomly or indiscriminately vary or change switch positions from those indicated.

## TELEPHONE LINE ANALYSIS





**IMPORTANT NOTE *** DISCONNECT** from the telephone company line as per the 2 right hand diagrams **PRIOR** to conducting the following tests.

**AFTER** disconnecting from the telephone company line as per the above diagram, place all controls on the CSD-21 in the following positions.

**DO NOT** place the toggle switch in the A position until line is disconnected as per the above diagrams.

```
A/B ............................................ A
+/- POLARITY .......................... +
SENSITIVITY ............................ ON
VOL .......................................... OFF
VERIFY ..................................... OFF
REAR TOGGLE SWITCH ......... UP
```

Plug the CSD-21 into the telephone line. The following test is to be conducted in 2 stages. One with the line open and one with the line closed (shorted) across the line at the terminal box. In single family homes, this is the box (usually gray) mounted on the outside, where the telephone line enters the building. The terminal box is occasionally located in the basement. Lift the red and green (tip and ring) wires off the terminals for the open line loop test and then short them together (closing the line) for the closed line loop test as indicated in the above diagrams. For multi-line tests, or if you encounter any difficulty performing any test, simply call our tech support line at 856 740-1086.

### OPEN LINE TEST

Hold down the Red TEST Button while repeatedly switching polarity back and forth from + to -. ALERT LED should indicate equal or no brightness in either polarity. DO NOT switch back and forth between A and B. If brightness varies in either + or - polarity, an improper telephone line reading is indicated. Random or inconsistent flashing of the alert LED is to be ignored. Only a CONSISTENT difference in brightness between + and - is to be considered improper.

### CLOSED LINE TEST

Place the A/B switch in the B position. Repeat procedure described above in the OPEN LINE TEST.

---

Any improper readings on an OPEN line will indicate the presence of a parallel tap such as a telephone recording device, parallel telephone transmitter or infinity type device. Any improper readings on a CLOSED line will indicate a series tap such as a series telephone transmitter, etc.

If any tests indicate an improper telephone line reading, check to see that ALL CSD-21 controls were placed in the proper position prior to the test.

When tests are completed, always turn SENSITIVITY OFF, AB switch to B position, Polarity Switch to + position and rear toggle switch UP.

## TESTING FOR THE LATEST DEVELOPMENTS

The search for ultra-sophisticated telephone eavesdropping equipment including those designed to defeat detection by the use of polarity negating circuitry requires the following test procedure.

Place all controls on the CSD-21 in the following positions. DO NOT place the toggle switch in the A position until disconnected from the telephone company line as per previous page.

```
A/B ......................................... A
+/- POLARITY ........................ +
SENSITIVITY ........................... ON
VOL .......................................... OFF
VERIFY ..................................... OFF
REAR TOGGLE SWITCH ........ UP
```

Telephone line should now be OPEN AT BOTH ENDS as indicated in previous OPEN LINE test.

Carefully turn SENSITIVITY adjustment clockwise until needle rests on 5. Hold down the TEST button while switching polarity back and forth repeatedly from + to - a minimum of 15 to 20 times.

If, AT ANY TIME, the needle noticeably "bounces" and approaches 5.5, this indicates the presence of a polarity negating telephone recording or telephone transmitting device. Ignore the TEST LED when performing this test.

This is an extremely sensitive test. The detection of ultra-sophisticated telephone eavesdropping devices (with extremely low line-loading characteristics and/or are capacitively coupled) specifically designed to evade detection, has presented the Counter-Surveillance industry with a problem few have been able to successfully address. In fact, aside from the CSD-21, we have found absolutely nothing else presently on the market that is able to perform this detection function.

The detection of telephone devices used for automatically recording telephone conversations that have FCC type approval and thus meet the FCC telephone line-loading limitations (such as those sold by Radio Shack, etc.) also require this test procedure.