

DETECTIVE AGENCY • PROTECTIVE AGENCY

PICA20575
PPO11086

Client : Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

Exhibit 4

July 27, 2009

To Whom It May Concern:

A bug sweep was performed at client's residence located in Beverly Hills, California on Friday, July 24, 2009 at 5 pm PST. Client complained that he was receiving harassment from annoyance devices planted in the ceiling, wall, and floor areas of his one bedroom apartment. Mr. McKenna told me he believed that he had been stalked and he believed that the perpetrator's alleged motive for stalking and eavesdropping was caused by client's refusal to work as a fashion model. The stalking allegedly began in St. Louis, Missouri and has continued since the client moved to Los Angeles in October of 2007.

An initial bug sweep of the client's apartment was conducted using the Counter Surveillance Device-21 (CSD-21) bug detector to determine if covert devices were present. During the Low Frequency transmitter detection mode for devices ranging in power between 1 megahertz and 1.5 gigahertz, the wall and ceiling areas of client's living room, kitchen, bathroom, and bedroom were swept. The meter deflection increased proportionally to its proximity to the walls and ceilings so as to verify the presence of low powered covert devices. After the Low Frequency sweep was conducted, the CSD-21 controls were adjusted to perform an Ultra-High Frequency sweep for devices ranging in power from 100 megahertz and 8 gigahertz. Accordingly, the Right LED light turned on so as to verify the presence of covert devices.

During the sweep, the bug detectors were calibrated using a handheld calibrator that cleared the air of transient radio waves. The bug detector results remained significant and confirmed the existence of a source emitting the strong radio frequencies.

Another sweep was conducted using a hand held verifier. As the antenna was extended, the verifier confirmed the existence of radio frequencies indicative to a transmitting device. An area of significance where radio frequencies were detected was behind client's headboard in his bedroom where client alleged he was repeatedly sleep deprived by annoyance devices.

At the end of the sweep, client proceeded to play an album that contained a song where words sounding like, "I'm about to kill him," were heard. Client alleged the death threats were generated from a covert receiver planted in his Apple PowerBook G4 and were not part of the song's original contents. The threats suggested that the covert devices could be used to stalk, threaten, and harass the client.

33282 Street of the Golden Lantern ○ Suite 127 ○ Dana Point ○ California ○ 92629
P.949.240.6600 ○ F.949.240.6603
www.maxumdetective.com ○ www.maxumsecurity.com




**DETECTIVE AGENCY • PROTECTIVE AGENCY**

In closing, a highly significant level of radio frequencies were discovered originating from a non-transient source that verified the existence of low powered covert devices. Due to the property not being owned by the client, no walls were damaged to extract the covert devices from the apartment. Nevertheless, the verifiers' positive readings establish probable cause for the presence of covert devices in the vicinity of client's residence.

Sincerely,

*Joe Rydzewski*
Joe Rydzewski

33282 Street of the Golden Lantern ○ Suite 127 ○ Dana Point ○ California ○ 92629
P.949.240.6600 ○ F.949.240.6603
www.maxumdetective.com ○ www.maxumsecurity.com