

Exhibit 8

RE: Cafe Style 1                                                                                                Next

Andy R...                        8/14/2009 2:24 PM



To: Greg

wow
dont know anyything about it

and i have heard the miguel migs mix
too

----------------- Original Message -----------------
From: Greg (62594538)
To: Andy Riley/Toka Project (197405728)
Date: 14 Aug 2009, 06:15
Subject: RE: Cafe Style 1

Hi Andy,

I heard the threats stating, "I'm about to kill him," while listening to an album by the artist, Miguel 'Migs,' who included the song, Cafe Style 1, on a CD he mixed and copyrighted that's entitled, "Nite: Life 03" (produced by P&C NRK Sound Division, 2000). I also heard the threats while listening to the song on Youtube.com (see, http://www.youtube.com/watch?v=GBj8QRfj0c4). The latter album was allegedly distributed as a single by your group's production company, Silver Network.

I'll send you a copy of the threats stating, "I'm about to kill him," while I listened to the said albums in the next two days. I'm under the impression that my computer may have been compromised and bugged by an individual stalking me. As such, could you please tell me if Cafe Style 1 was ever mixed with the threats by either of the aforesaid production companies?

----------------- Original Message -----------------
From: Andy Riley/Toka Project (197405728)
To: Greg (62594538)
Date: Jul 30, 2009 3:28 PM
Subject: RE: Cafe Style 1

hi greg
definately never had a version like that...could you send me the version with it in?

thanks
andy
----------------- Original Message -----------------
From: Greg
To: Andy Riley/Toka Project
Date: 30 Jul 2009, 08:44

Subject: Cafe Style 1

Hi Andy,

Thanks for recently adding me as your myspace friend. I have been a big fan of your group for several years, especially since I first heard the song entitled, Cafe Style 1, that was produced by your group. Oddly, I recently heard the trek with the words, "I'm about to kill him," on it as I played the song on my computer. Is there any way you can tell me if you or any of your assigns ever produced a version with those words on the trek? Please let me know when you get a chance.

Truly,
Greg McKenna
Los Angeles, California