**Exhibit 10**

Gregory McKenna
812 Elksforth Court
Florissant, Missouri 63031
(314) 921-5926

St. Louis County Police Department Intelligence Unit
Attention: Lieutenant Boschert
41 South Central
Clayton, MO 63105

April 18, 2007

Dear Lieutenant Boschert:

    In regards to my last letter I sent you on March 27, 2007, could you please inform me whether you intend to speak with John Anderson, the advisor from the counter surveillance company for the bug detector I purchased (i.e., the CSD-21), or Jerry Clerce, my licensed clinical counselor? The individuals have testified to my claim's credibility and have informed me that they are willing to speak with you. Also, I would like to know if you intend to question Timothy Bonine in regards to his participation in the abetting conspiracy charge. Please respond as soon as you can. Thank you for your attention to this matter.

Truly,

Gregory McKenna

P.S. You may contact the aforementioned individuals at 1-(800)-732-5000 for John Anderson of Great Southern Technologies, and (314) 863-3588 for Jerry Clerce of Phoenix Psychological Group. They can be reached Monday through Friday from 8 am to 5 pm Eastern and Central Standard Time.

cc: GM