Gregory McKenna

9937 Young Drive, H

Beverly Hills, CA 90212

(314) 503-5509

Exhibit 11

FBI Los Angeles

11000 Wilshire Boulevard, Suite 1700

Los Angeles, California 90024-3672

(310) 477-6565

March 6, 2009

Dear FBI:

    The purpose of this letter is to follow up on a complaint that was filed with your office on August 29, 2008 for an Italian Mafia extortion conspiracy in Los Angeles, CA. If you recall, the complaint included allegations of law enforcement agencies such as the St. Louis County Police Department, Los Angeles Police Department, and Beverly Hills Police Department wrongfully neglecting my complaint and violating my Constitutional rights. As such, the mafia conspiracy continued and damages were incurred. A copy of the complaint was sent to the US Prosecuting Attorney's Office in Los Angeles. On or around December of 2008, the US Prosecuting Attorney's Office informed me in a letter that my complaint was correctly filed with the FBI in Los Angeles. In lieu of a pending lawsuit for the inactions of law enforcement officials in the Los Angeles jurisdiction, I am writing to determine if your agency intends to investigate and prosecute the mafia conspirators.

    On March 5, 2009, a complaint was filed with Lieutenant Boschert of the St. Louis County Police Department's Intelligence Unit (see attached copy of complaint). The complaint included clear and convincing evidence that proves beyond reasonable certainty that the St. Louis Italian Mafia is transmitting

extortion threats from St. Louis to Los Angeles using illegal communication devices (i.e., audio receivers, annoyance devices, bugged electronic equipment). The illegal communications are allegedly being transmitted via a satellite radio communication network. Although the conspiracy to commit stalking, extortion, and torture is a serious felony and clear and convincing evidence exists in the form of recordings of extortion threats, Lieutenant Boschert and the St. Louis County Police Department wrongfully neglected my complaint for 8 years despite probable cause. Accordingly, because the malicious neglect will likely continue and Boschert is allegedly bribed, my complaint demonstrates Boschert's malicious neglect of my Constitutional rights that shocks the conscience.

Concurrent with my complaint to the St. Louis County Police, the US Crime Victims' Rights Act (18 USC 3771) grants me rights as a victim of the mafia conspiracy, including (a)(1) the right to be reasonably protected from the accused. Additionally, the 14th Amendment states: *No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.* Pursuant to the US Crime Victims' Rights Act and US Constitution, the mafia conspiracy requires immediate action. A failure to defend my civil rights is a federal criminal offense that abets the conspiracy.

As a result of law enforcement's neglect to prevent, the mafia's extortion threats continue. Accordingly, the FBI's assistance is urgently needed. I will briefly await your response prior to filing a lawsuit for automatic injunction. Please contact me if you have any questions or comments. In the meantime, thank you for your cooperation and assistance.

Sincerely,

Gregory McKenna

Bc: GM

Enclosure: 2