## Letter for court

**From:** **Jerry Clerc** (jerry.clerc@yahoo.com)
**Sent:** Mon 10/26/09 10:29 PM
**To:** gmckenna7@hotmail.com
    Attachments:
    ~$rry Clerc to Court.docx (0.2 KB)

```
Hello Greg.
Attached you will find the letter that I've written on your behalf.
Please advise if any questions.
Regards,
Jerry Clerc
```

Exhibit 12

Phoenix Psychological Group

225 South Mermec Avenue, Suite 506

St. Louis, MO 63105

(314) 863-3588


Gregory McKenna

9937 Young Drive, H

Beverly Hills, CA 90212


October 26, 2009


To Whom It May Concern:

My name is Jerry Clerc and I am a licensed clinical therapist registered in the State of Missouri. I have held therapy sessions with my patient, Gregory McKenna, every 2 weeks for the past 3 1/2 years. Gregory first came to my office in July of 2006 complaining about long-term stalking and harassment from an adult man named Bill and his counterpart gang members. In September of 2000, Bill and his gang members allegedly threatened to murder Gregory to coerce him to continue working as a model in New York City. Gregory claims he continues to suffer from the gang stalking and harassment. Gregory has provided me with bug sweep reports from private investigators that indicate his St. Louis and Los Angeles residences are bugged. He has also provided recordings of harassment and death threats to prove the stalking and threats are real. I have asked Gregory if he would like for me to go the Police to seek assistance, however, Gregory has stated that he would prefer to contact the Police and offer my testimony in his

letters. To date, the St. Louis County Police and other law enforcement agencies have not responded to Gregory's complaints or called me to verify Gregory's mental health condition and his stalking predicament.

In addition to Gregory's complaints of frequent sleep deprivation, stalking, and harassment caused by his harassers, his psychological symptoms include anxiety, trauma, nightmares, sleep deprivation, and reoccurring flashbacks. In accord with the Diagnostic and Statistical Manual-IV (DSM-IV), Gregory was diagnosed with severe post-traumatic stress disorder. Although Gregory's condition appears stable and he is able to maintain his job and function in society, he often complains of being unable to cope with the stalking, his relationships and career being controlled, and family members and loved ones being threatened to remain silent about the stalking. Therefore, Gregory's condition is unstable and intervention by the court is necessary to end the stalking and alleviate his PTSD symptoms.

Your help in this matter is greatly appreciated.

Sincerely,

Jerry Clerc, MEd., L.P.C.

D.O.B. for Gregory McKenna: 7-6-77, and the last four digits in his Social Security number are: 8599.