**FedEx Shipping Label**

Part # 156297-435 RIT 10/09
FRI - 30 OCT A1
PRIORITY OVERNIGHT

TRK# 8628 0078 2700
0200

XX CPSA

63102
MO-US
STL

emp# 2261497  29OCT09 11:28

---

**FedEx US Airbill**

1 From
Date: 10/29/09
Sender's Name: Gregory McKenna
Phone: 310 213-8851
Company: —
Address: 9433 Yoakum Dr, H
City: Los Angeles   State: CA   ZIP: 90212

2 Your Internal Billing Reference

3 To
Recipient's Name: Attn: Clerk's Office
Phone:
Company: Federal District Court
Address: 111 South 10th Street
City: St. Louis   State: MO   ZIP: 63102

RT 295 4 B 2700 10.30 FZ