RECEIVED
BY MAIL
OCT 3 0 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

United States District Court

EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, 8 UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. 4:09cv1113CDP

JURY DEMANDED

---

### PLAINTIFF'S MEMORANDUM FOR HIS MOTION TO PROFFER EVIDENCE IN SUPPORT OF HIS MOTION FOR PRELIMINARY INJUNCTINON

COMES NOW, pro se Plaintiff Gregory McKenna, and pursuant to his Motion for Preliminary Injunction, Plaintiff moves this Honorable Court to proffer evidence in support of his Motion for Preliminary Injunction for the following reasons:

(1) On October 26, 2009, Plaintiff discovered that Judge Perry denied Plaintiff relief for his Motion for Temporary Restraining Order (TRO). Particularly, Judge Perry stated, "Plaintiff's allegations against the defendants, "...are vague and unsubstantiated and do not entitle plaintiff to immediate, extraordinary relief. It is unlikely that plaintiff will ultimately be able to prove that the defendants conspired to aid the Mafia to stalk, torture, and extort him, and he adduces no evidence in his motion [for TRO] supporting his claims." According to F.R.C.P. Rule 65(b)(3), if a TRO is issued without notice, the motion must be set for hearing at the earliest possible time,

taking precedence over all other matters. Since Plaintiff proffered his motion without notice, he believed he was required to proffer evidence in support his motion at the hearing to substantiate his allegations.

(2) Before Plaintiff received Judge Perry's Order, on October 24, 2009, Plaintiff proceeded to file a Motion for Preliminary Injunction. Plaintiff's motion was made in anticipation to expiration of his 10 day TRO. Plaintiff respectfully requests that this Court accept his evidence in support of his motion for preliminary injunction.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court accept his evidence in support of his motion for preliminary injunction.

Dated: October 29, 2009.

Respectfully Submitted,

Gregory McKenna

Pro Se Plaintiff

9937 Young Drive, H

Beverly Hills, CA 90212

(310) 213-8851