UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY McKENNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1113 CDP |
| ) | |
| ST. LOUIS COUNTY POLICE DEPT. et al,) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS UNKNOWN AGENTS (1 through10) OF THE FEDERAL BUREAU OF INVESTIGATION'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

COMES NOW Defendants Unknown Agents, 1 through 10, of the Federal Bureau of Investigation ( "10 Unknown FBI Agents"), by and through their attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, and for their Motion for an Enlargement of Time to File a Responsive Pleading to Plaintiff's Complaint an additional thirty (30) days, up to and including December 9, 2009, state as follows:

1.      On September 10, 2009, the Office of the United States Attorney for the Eastern District of Missouri (U.S. Attorney's Office") received a copy of Plaintiff's Complaint via Priority Mail of the United States Postal Service.  A responsive pleading and/or answer on behalf of the 10 Unknown FBI Agents, is due within sixty (60) days of service, Monday, November 9, 2009.  Rule 12(a)(2) and (a)(3), Fed. R. Civ. P.

2.      Plaintiff's 122 page Complaint alleges various types of implausible tort claims, constitutional violations, and conspiracy claims against ten (10) Unknown FBI Agents, or the FBI as an entity in general, under his Statement of Factual Allegations I through X, XII, and XIII, (pp. 13-77), as well as Causes of Action Counts I through IX, XI, XII, XIII, and XVI, (pp. 77-119).

3.      Defendants 10 Unknown FBI Agents seek an enlargement of time of an additional thirty (30) days to decipher any and all claims and, in the interest of justice and judicial efficiency, file an all-inclusive dispositive motion as their responsive pleading to Plaintiff's Complaint.

4.      Defendants 10 Unknown FBI Agents do not believe the additional time will prejudice Plaintiff or any other party in any way.

WHEREFORE, Defendants 10 Unknown FBI Agents respectfully request an Order of this Court granting their Motion for an Enlargement of Time to File a Responsive Pleading an additional thirty (30) days, up to and including December 9, 2009.

> Respectfully submitted,
>
> MICHAEL W. REAP
> Acting United States Attorney
>
> *s/ Nicholas P. Llewellyn*
> NICHOLAS P. LLEWELLYN # 52836
> Assistant United States Attorney
> Chief, Civil Division
> 111 South 10th Street, 20th Floor
> St. Louis, Missouri 63102
> 314/539-2200
> 314/539-2777 FAX
> nicholas.llewellyn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, the foregoing *Defendants 10 Unknown FBI Agents' Motion for Enlargement of Time to File Responsive Pleading* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and by U.S. Mail, certified, to:

Gregory McKenna
Plaintiff *Pro Se*
9937 Young Drive, H
Beverly Hills, CA 90212

> *s/ Nicholas P. Llewellyn*
> NICHOLAS P. LLEWELLYN
> Assistant United States Attorney