**RECEIVED BY MAIL**
NOV 0 9 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212
(310) 213-8851

United States District Court
Eastern District of Missouri
Attention: Clerk's Office
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

November 3, 2009

RE: Gregory McKenna v. St. Louis County Police Department et al
Case #: 4:09-cv-0113-CDP

Dear Clerk's Office:

Enclosed please find a filled-out summons to be served on Defendant Timothy Bonine.

Sincerely,

Gregory McKenna
Pro Se Plaintiff

Enclosure

Gregory McKenna
9937 Youngs Dr, M
LA, CA 90212

LOS ANGELES CA 900
04 NOV 2009 PM 8 L

RECEIVED
BY MAIL
NOV 09 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

US District Court
Attn: Clerk's Office
111 South 10th Street, Suite S. 300
St. Louis, MO 63102

63102+1125