**RECEIVED BY MAIL**
DEC 0 7 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court

**EASTERN DISTRICT OF MISSOURI**

GREGORY MCKENNA,

    Plaintiff

Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT, OFFICERS CHARLES BOSCHERT, KENNETH WILLIAMS, 8 UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, MARK KAPPELHOFF, APPLE INC., A-1 PRIVATE INVESTIGATIONS, TIMOTHY BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. 4:09cv1113CDP

**JURY DEMANDED**

### PLAINTIFF'S NOTICE TO COURT CLERK

On or around November 6, 2009, Defendant Kappelhoff filed a response to Plaintiff's Motion for Default Judgment. To date, Plaintiff has not received a copy of the Defendant's response. Although an attempt was made to send Plaintiff a copy of Defendant's response via US Postal Service Certified Mail, Plaintiff never received a copy. As such, Plaintiff requests a copy from the Court so he may respond to the Defendant's response.

Sincerely,

*/s/ Gregory McKenna*

Gregory McKenna
Pro Se Plaintiff
9937 Young Drive, H
Beverly Hills, CA 90212
(310) 213-8851