

Gregory McKenna
9937 Yours Dr., H
Beverly Hills, CA 90212

US District Court
Attn: Clerk's Office
111 South 10th Street, # 3.300
St. Louis, MO 63102

RECEIVED BY MAIL
DEC 07 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS