UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY McKENNA,             ) <br>                                      ) <br>         Plaintiff,      ) <br>                                      ) <br> vs.                         ) <br>                                      ) <br> ST. LOUIS COUNTY POLICE DEPT. et al,) <br>                                      ) <br>        Defendants.     ) | Case No.   4:09CV1113 CDP |

**DEFENDANTS UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION'S Second MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S Amended COMPLAINT**

COMES NOW Defendants Unknown Agents of the Federal Bureau of Investigation ("Unknown FBI Agents") by and through their attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, and for their Second Motion for an Enlargement of Time to File a Responsive Pleading to Plaintiff's Amended Complaint an additional nine (9) calendar days, up to and including December 18, 2009, state as follows:

1. On November 10, 2009, this Court granted Defendants' Unknown FBI Agent's motion for an enlargement of time to file a responsive pleading to Plaintiff's Complaint up to and including December 9, 2009.

2. On November 20, 2009, Plaintiff filed a Motion for Leave to file an Amended Complaint.

3. On December 9, 2009, Defendants' counsel filed a Motion to Dismiss Plaintiff's Amended Complaint and an accompanying memorandum of law on behalf of Defendant Mark A. Kappelhoff. Defendants Unknown FBI Agents respectfully request a second enlargement of time of an additional nine (9) calendar days, in the interest of justice and judicial efficiency, to file an all-inclusive dispositive motion as their responsive pleading to Plaintiff's Amended Complaint.

-1-

4. Defendants Unknown FBI Agents do not believe the additional time will prejudice Plaintiff or any other party in any way.

WHEREFORE, Defendants Unknown FBI Agents respectfully request an Order of this Court granting their Second Motion for an Enlargement of Time to File a Responsive Pleading an additional nine (9) calendar days, up to and including December 18, 2009.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

*s/ Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN # 52836
Assistant United States Attorney
Chief, Civil Division
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
314/539-2200
314/539-2777 FAX
nicholas.llewellyn@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2009, the foregoing *Defendants Unknown FBI Agents' Second Motion for Enlargement of Time to File Responsive Pleading* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and by certified U.S. Mail, to:

Gregory McKenna
Plaintiff *Pro Se*
9937 Young Drive, H
Beverly Hills, CA 90212

*s/ Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN
Assistant United States Attorney