UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY MCKENNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 4:09CV1113 CDP |
| | ) |
| THE ST. LOUIS COUNTY POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

COME NOW Defendants the St. Louis County Police Department, Charles Boschert and Kenneth Williams and file their motion to dismiss Plaintiffs' amended complaint for lack of jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

Respectfully submitted,

PATRICIA REDINGTON
COUNTY COUNSELOR

By: /s/ Robert C. Moore
Robert C. Moore     #93626 (E.D. Mo.)
Assistant County Counselor
41 S. Central Avenue, 9th Floor
Clayton, Missouri 63105
(314) 615-7042
Attorney for Defendants

Dockets.Justia.com

# CERTIFICATE OF SERVICE

      I, Robert C. Moore, hereby certify that on December 9, 2009 the foregoing was filed electronically with the Clerk of Court and by first class mail to:

Gregory McKenna
9937 Young Drive, H
Beverly Hills, CA 90212

                                  /s/ Robert C. Moore
                                  Robert C. Moore   #93626 (E.D. Mo.)
                                  Assistant County Counselor
                                  41 S. Central Avenue, 9th Floor
                                  Clayton, Missouri 63105
                                  (314) 615-7042
                                  Attorney for Defendants