RECEIVED BY MAIL
DEC 11 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court

EASTERN DISTRICT OF MISSOURI

GREGORY MCKENNA,

    Plaintiff

    Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT,     Case No. 4:09cv1113CDP
OFFICERS CHARLES BOSCHERT, KENNETH
WILLIAMS, 8 UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,     JURY DEMANDED
MARK KAPPELHOFF, APPLE INC., A-1
PRIVATE INVESTIGATIONS, TIMOTHY
BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

---

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS RESPONSE TO DEFENDANTS THE ST. LOUIS COUNTY POLICE, CHARLES BOSCHERT, AND KENNETH WILLIAMS' MOTION TO DISMISS

COMES NOW, pro se Plaintiff Gregory McKenna, and file his Response to Defendants the St. Louis County Police, Charles Boschert, and Kenneth Williams' Motion to Dismiss Plaintiff's complaint for lack of jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

Respectfully Submitted,

*/s/ Gregory McKenna*

Gregory McKenna
Pro Se Plaintiff
9937 Young Drive, H
Beverly Hills, CA 90212