

U.S. Department of Justice

Civil Rights Division

MJK:kjc:bb
DJ 144-12C-0

*Criminal Section - PHB*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

Exhibit 1:

APR 30 2009

Mr. Gregory McKenna
9937 Young Drive, Apartment H
Beverly Hills, CA 90212

Dear Mr. McKenna:

    This is in response to your letter dated March 11, 2009, in which you stated that you were the victim of civil rights violations committed by Special Agents of the FBI and police officers in Los Angeles and St. Louis, Missouri when they refused to take your complaint about the Mafia. While you were en route from St. Louis to Los Angeles in 2007, the mafia conspired to use illegal communication devices to harass you while playing the herpes song performed by rapper Mike Jones.

    The Criminal Section of the Civil Rights Division has the responsibility of enforcing federal criminal civil rights statutes that pertain to incidents of official misconduct (such as police brutality). In general, in order to show a violation of those laws, there must be evidence that a public official specifically intended to deprive an individual of a constitutionally protected right.

    We have carefully reviewed the information you submitted and concluded that there is no prosecutable violation of federal criminal civil rights statutes. Accordingly, we are unable to assist you in this matter.

    We can only suggest that you contact a private attorney or the local bar association to determine whether they can assist you. Thank you for bringing this matter to our attention.

                                      Sincerely,

                                   Mark J. Kappelhoff
                                   Section Chief
                                   Criminal Section
                                   Civil Rights Division

                By:

                                   Kevin J. Callahan
                                   Paralegal Specialist
                                   Criminal Section

U.S. Department of Justice

*Washington, D.C. 20530*
Official Business
Penalty for Private Use $300