RECEIVED BY MAIL
JAN X 4 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**United States District Court**

**EASTERN DISTRICT OF MISSOURI**

GREGORY MCKENNA,

    Plaintiff

Vs.

THE ST. LOUIS COUNTY POLICE DEPARTMENT, OFFICERS CHARLES BOSCHERT, KENNETH WILLIAMS, 8 UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, MARK KAPPELHOFF, APPLE INC., A-1 PRIVATE INVESTIGATIONS, TIMOTHY BONINE, D'ANGELO AUTOMOTIVE,

    Defendants

Case No. 4:09cv1113CDP

**JURY DEMANDED**

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW, pro se Plaintiff Gregory McKenna, and for his motion for extension of time states the following:

1) On or around December 14, 2009, Plaintiff Gregory McKenna received Defendants the St. Louis County Police Department (STLPD), Charles Boschert (Boschert), and Kenneth Williams' (Williams) Motion to Dismiss Amended Complaint.

2) On or around December 15, 2009, Plaintiff discovered that Defendant Mark Kappelhoff (Kappelhoff) filed a Motion To Dismiss. Although a copy of the Motion was allegedly sent via Certified Mail and Plaintiff signed for its delivery, Plaintiff has not yet received a copy of Defendant Kappelhoff's Motion in the mail.

3) On or around December 9, 2009, Defendants Unknown FBI Agents filed a Motion For Enlargement of Time that was due by December 18, 2009. Plaintiff never received a copy of

Defendants' Motion in the mail. Nonetheless, Plaintiff discovered that Defendants Unknown FBI Agents have not responded.

4) Plaintiff intends to file an all-inclusive responsive Motion to Defendants Kappelhoff and Unknown FBI Agents' Motions to Dismiss.

5) Plaintiff also requests an extension of time to file a response to Defendants STLPD, Boschert, and Williams' Motion To Dimsiss Amended Complaint in the interests of justice and judicial efficiency.

6) Plaintiff believes that the Defendants will not be prejudiced by his request for an extension of time.

WHEREFORE, Plaintiff moves this Honorable Court for an Order to grant Plaintiff's Motion for Extension of Time for 10 days until January 10, 2009 to allow Plaintiff to respond to the Defendants' motions.

December 31, 2009

Respectfully Submitted,

Gregory McKenna
Pro Se Plaintiff
9937 Young Drive, H
Beverly Hills, CA 90212
(310) 213-8851

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31 day of December, 2009, a true and accurate copy of Plaintiff's Emergency Motion for Preliminary Injunction will be forwarded to the Defendants, via first-class mail, postage prepaid, to:

1) Defendants the St. Louis County Police Department, Officers Charles Boschert, & Kenneth Williams, 7900 Forsyth Boulevard, Clayton, Missouri 63105;

2) Defendant Unknown FBI Agents and Mark Kappelhoff, US Attorney's Office, 111 South 10th Street, #20.333, St. Louis, MO 63102;

3) Defendant Apple Inc. represented by Thompson Coburn LLP, Kathy A. Wisniewski & John W. Rogers, One Bank Plaza, St. Louis, MO 63101;

4) Defendant D'Angelo Automotive represented by Childress Ahlheim Cary, Thomas Lewis, 1010 Market Street, Suite 500, St. Louis, MO 63101.

9937 Yours Dr., H
Beverly Hills, CA 90212

U.S. District Court
111 South 10th Street, Suite 3.33[0]
St. Louis, MO 63102

RECEIVED
BY MAIL
JAN X 4 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS