UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY MCKENNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV1113 CDP |
| | ) | |
| ST. LOUIS COUNTY | ) | |
| POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On January 4, 2010, I entered judgment in this case, dismissing plaintiff's federal-law claims with prejudice and his state-law claims without prejudice. Plaintiff now moves to amend the judgment under Fed. R. Civ. P. 59. This is well outside the 28-day deadline established in Rule 59(e), and his motion must be denied. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the judgment [#64] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2010.